# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| Ghulam Nabi Reshad, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:25-cv-00873 |
| v. | ) | |
| | ) | |
| Terri Robinson, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## Notice of Voluntary Dismissal

Plaintiff filed this case and petition for a writ of mandamus to compel adjudication of his I-485 petition.  U.S. Citizenship and Immigration Services adjudicated and approved Plaintiff's petition. As Plaintiff's petition has been adjudicated, this case is now moot.  Defendants have not filed an answer or a motion for summary judgment.  Plaintiff hereby gives notice that this case is voluntarily dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this August 14, 2025.


*/s/ Abigail Russo*
Abigail Russo, Esq.
Virginia State Bar No. 97204
Counsel for Plaintiff
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
arusso@murrayosorio.com

So Ordered.

Entered this _15th_ day of August, 2025.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge

1